IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF GODSON M. NNAKA TO THE BAR OF MARYLAND

\*
\*
\*
\*
\*
\*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 79

September Term, 2020

O R D E R

Upon consideration of the Petition for Reinstatement, filed by Godson M. Nnaka on February 14, 2023, and the response to the petition filed by the Attorney Grievance Commission in which it recommends that the petition be granted, it is this 3rd day of March 2023,

ORDERED, by the Supreme Court of Maryland, that the petition is GRANTED; and it is further

ORDERED that, upon taking the oath of attorneys required by Maryland Code, § 10-212 of the Business Occupations and Professions Article, the petitioner will be reinstated as an attorney permitted to practice law in the State of Maryland.

/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk